# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

SALMON FALLS RESORT, LLC,

              Debtor.

Case No. K09-00301-DMD
Chapter 7

**Filed On 6/29/12**

## ORDER DENYING MOTION TO ALLOW LATE-FILED CLAIM OF ALEX ZUMBIEHL

Creditor Alex Zumbiehl has submitted a letter to the court which the court has treated as a motion to allow late-filed claim. For the reasons stated in this court's Memorandum on Motion to Allow Late-Filed Claim of Alex Zumbiehl, dated June 29, 2012,

**IT IS ORDERED** that the motion to allow late-filed claim of Alex Zumbiehl, filed on June 15, 2012 (Docket No. 278) is denied.

DATED: June 29, 2012

                                                BY THE COURT

                                                /s/ Donald MacDonald IV
                                                DONALD MacDONALD IV
                                                United States Bankruptcy Judge

Serve: Alex Zumbiehl, 3116 Cloudcrest Rd, La Crescenta, CA  91214
       D. Bruce, Esq.
       M. Marx, Esq.
       G. Spraker, Esq.
       L. Compton, Trustee
       U. S. Trustee
       Case Mgr.

       06/29/12